XAVIER BECERRA, State Bar No. 118517
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail:  Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Department of Forestry
and Fire Protection*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HEATHER BURCHETT and GRIFFIN BURCHETT, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION, et al.,**<br><br>Defendants. | No. 2:19-cv-01812 MCE-EFB<br> [Removed action]<br><br>**STIPULATION AND ORDER FOR SEVEN-DAY EXTENSION FOR DEFENDANT CALFIRE TO FILE ITS RESPONSE TO THE COMPLAINT**<br>[L.R. 143, 144(a)]<br><br>Action Filed: July 24, 2019 |

Under Federal Rule of Civil Procedure 6(b)(1) and Local Rules 143 and 144(a), Plaintiffs and the California Department of Forestry and Fire Protection (CalFire), through their respective counsel of record, request and stipulate to a seven-day extension, up to and including October 25, 2019, for CalFire to respond to the complaint. CalFire's response is currently due on October 18, 2019, based on the parties' prior stipulation. (*See* ECF No. 6.)

1

Good cause exists to grant this stipulated request because the parties have been discussing whether a resolution on the claims against CalFire can be reached. With no resolution imminent and the deadline for CalFire's response approaching, the parties agree to a seven-day extension for CalFire to file its response.

By entering into this Stipulation, Plaintiffs expressly do not waive any rights pursuant to 28 U.S.C. § 1447(c) to pursue their Motion to Remand and do not waive any other rights they may have to challenge the jurisdiction of this Court.

IT IS SO STIPULATED.

Dated: October 16, 2019                 Respectfully submitted,

                                        XAVIER BECERRA
                                        Attorney General of California
                                        PETER A. MESHOT
                                        Supervising Deputy Attorney General


                                        */s/ Diana Esquivel*

                                        DIANA ESQUIVEL
                                        Deputy Attorney General
                                        *Attorneys for Defendants Department of Forestry and Fire Protection*


Dated: October 16, 2019                 EISENBERG CUTT KENDELL & OLSON


                                        */s/ Nathan S. Morris*  (as authorized 10/16/19)

                                        JEFFREY D. EISENBERG (Admitted pro hac vice)
                                        NATHAN S. MORRIS (Admitted pro hac vice)
                                        *Attorneys for Plaintiffs*

SA2019104703
33809395.docx

**ORDER**

Having considered the parties' stipulated request and good cause appearing, the request for a seven-day extension for Defendant CalFire to respond to the complaint is GRANTED. CalFire shall respond to the complaint on or before October 25, 2019.

IT IS SO ORDERED.

Dated: October 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE