| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEATHER BURCHETT and G.B., by and through his Guardian ad litem, Heather Burchett, | ) ) ) | Case No. 2:19-cv-01812-MCE-EFB |
| Plaintiffs, | ) ) ) | **ORDER ON STIPULATION TO CONTINUE DEADLINE FOR RULE 26(f) CONFERENCE OF COUNSEL** |
| vs. | ) ) | |
| THE STATE OF CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION; SUPERTANKER SERVICES, LLC; GARRETT PRATER; JACOBIE WALTERS; and DOES 1 through 50, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |

After consideration of the stipulation submitted on behalf of plaintiffs and defendants Global SuperTanker Services, LLC and the State of California Department of Forestry and Fire Protection, and GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED that the deadline for the parties to conduct the Rule 26(f) conference of counsel shall be not later than thirty (30) days following

ORDER ON STIPULATION TO CONTINUE RULE 26(F)
CONFERENCE OF COUNSEL
CASE NO.: 2:19-CV-01812-MCE-EFB                                    NYOFFICE 1114863V.1

the electronic filing of the last order resolving plaintiffs' motion to remand (ECF No. 18) and the Rule 12(b)(6) motions to dismiss of Global SuperTanker Services LLC (ECF No. 13) and the State of California Department of Forestry and Fire Protection (ECF No. 24).

IT IS SO ORDERED.

DATED: November 15, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE