UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BURCHETT et al.,, <br><br> Plaintiffs, <br><br> vs. <br><br> THE STATE OF CALIFORNIA DEPARTMENT OF FORESTRY AND FIRE PROTECTION; SUPERTANKER SERVICES, LLC; GARRETT PRATER; JACOBIE WALTERS; and DOES 1 through 50, <br><br> Defendants. | **Case No.: 2:19-CV-01812-MCE-EFB** <br><br> **ORDER SEALING FIRST AMENDED COMPLAINT AND REPLACING IT WITH REDACTED FIRST AMENDED COMPLAINT** |

Plaintiffs filed a First Amended Complaint on June 9, 2020, that inadvertently disclosed the name of the minor plaintiff in two locations: the caption and within Paragraph 2. This interferes with the minor plaintiff's privacy interests. When the problem was called to the attention of plaintiff's counsel, they filed a request to seal the First Amended Complaint filed on June 9, 2020 and replace it with a redacted version filed June 11, 2020. The redacted version is identical to the unredacted version, except

that it replaces the minor plaintiff's name with the minor plaintiff's initials in the two locations where it occurred.

The Court, having reviewed the request filed by plaintiffs through their counsel, now ORDERS AS FOLLOWS:

1. The First Amended Complaint filed June 9, 2020 (Docket No. 35) is hereby ordered sealed; and

2. The redacted version of the First Amended Complaint filed June 11, 2020, is deemed filed and replaces the sealed version in the public court file in this action.

IT IS SO ORDERED.

Dated: June 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE