UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BURCHETT and GRIFFIN BURCHETT, by and through his Guardian ad Litem, Heather Burchett,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL SUPERTANKER SERVICES, LLC; and DOES 1 through 50,<br><br>Defendants. | Case No.: 2:19-cv-01812-MCE-EFB<br><br>**ORDER GRANTING STIPULATED MOTION FOR 7-DAY EXTENSION OF RESPONSIVE PLEADINGS TO DEFENDANT GLOBAL SUPERTANKER SERVICES, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

THIS MATTER is before the Court on the parties' Stipulated Motion for 7-Day Extension of Responsive Pleadings to Defendant Global SuperTanker Services, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint. Having considered the motion, the Court's file, the stipulation of the parties, and being sufficiently advised in the premises, the Court hereby ORDERS that the motion is GRANTED. Accordingly, the deadline for all responsive documents will be the following:

- Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint will be due July 16, 2020; and
- Global SuperTanker's Reply Brief will be due on July 30, 2020.

IT IS SO ORDERED.

Dated: July 9, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE