UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BURCHETT and G.B., a minor by and through his Guardian ad Litem, Heather Burchett,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL SUPERTANKER SERVICES, LLC; and DOES 1 through 50,<br><br>Defendants. | **Case No.: 2:19-CV-01812-MCE-EFB**<br><br>**ORDER APPROVING SETTLEMENT OF CLAIM OF MINOR PLAINTIFF G.B.** |

      On April 21, 2022, Plaintiffs' request for approval of the settlement of the claims of minor plaintiff G.B. came before the Court.  The minor plaintiff's mother and Guardian ad Litem, along with counsel appeared at the hearing via videoconference;

counsel for settling defendant Global Supertanker Services, LLC also appeared via videoconference.

Based on the written submissions made prior to the hearing and on the material adduced at the hearing, the Court finds that the minor plaintiff and his mother live in Salt Lake County, Utah; that the Third Judicial District court of Salt Lake County, Utah has issued an order approving the settlement of this case and approving the disposition of the minor plaintiff's share of the settlement; and that the minor's mother understands the settlement and believes it to be in her son's best interest to have the settlement approved. This Court additionally finds that the settlement is in the best interests of the minor plaintiff.

Thus, good cause appearing, the Court ORDERS AS FOLLOWS:

1. The settlement between plaintiffs and defendant Global Supertanker Services, LLC in the amount of $3,500,000 is approved;

2. The allocation of the settlement between Heather Burchett and G.B., as set out in Plaintiffs' Request for Approval of Settlement (60) is approved;

3. The attorneys' fees of $1,166,666.67 (i.e., one-third) and the litigation costs of $76,162.61 are approved;

4. The trust for the benefit of G.B. is approved, with the terms set forth in Exhibit C to Plaintiffs' Request for Approval of Settlement.

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: December 19, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE